UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

U.S. POSTAGE PAID
PM 1-Day
SUMMERVILLE, SC
29485
DEC 16, 20
AMOUNT
$0.00
R2305E124586-08

1006 29402

POSTAGE PAID TAXE PERCUE
IMM 742.1/742.2 UPU RL 114(2.2)
Stamp/Seal
Foreign Office of Origin

TO SE

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL

FROM: From: as man, Nelson : Bruce, Sui Juris
c/o 144 Pavilion Street
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.
[zip code exempt - DMM 602 1.3e (2)]

USPS Intl. MAIL MANUAL
http://pe.usps.com/text/imm
742.1 Marketing Postage Paid
742.2 Parcels w/o Stamps – treat as Pre Paid

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

ITEM X-RAYED BY USMS

2020 DEC 21 AM 8:47

TO:
Clerk of Court
United States District Court
P.O. Box 835
Charleston, South Carolina, 29402-0835

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

0512121

EXPECTED DELIVERY DAY: 12/17/20

USPS TRACKING® NUMBER

9505 5105 4582 0351 9370 61

TRACKED ■ INSURE

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.