AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nelson L Bruce,<br>*Plaintiff*<br>v.<br>Bank of America, N.A. (a/k/a Bank of America); Carrington Mortgage Services LLC; and Experian Information Solutions Inc,<br>*Defendants* | Civil Action No.   2:20-cv-03778-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  Having adopted the Report and Recommendation of the Magistrate Judge, Plaintiff's complaint is dismissed without issuance and service of process. The Court denies Plaintiff's motion to stay and for enlargement of time.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks,  United States District Judge, presiding.

Date:   January 8, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/V. Druce

*Signature of Clerk or Deputy Clerk*